```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| NELSIE SAULSBERRY | CIVIL ACTION |
| VERSUS | NO: 11-2142 |
| CHEVRON USA, INC., ET AL | SECTION: "J"(2) |

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date for the motion. To date, no memorandum in opposition to Defendant Chevron USA's **Motion for Judgment on the Pleadings (Rec. Doc. 16)**, set for hearing on November 23, 2011, has been submitted. Accordingly, this motion is deemed to be unopposed. Further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendant Chevron U.S.A.'s **Motion for Judgment on the Pleadings (Rec. Doc. 16)** is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that oral argument on the Motion, currently set for November 23, 2011, at 9:30 a.m. is **CANCELED.**

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the

motion, including attorney's fees, may be assessed against the party moving for reconsideration.  <u>See</u> Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 21st day of November, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE